UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-1752-R (PJW) | Date | March 21, 2016 |
|---|---|---|---|
| Title | *Andrew Kramer v. Los Angeles County Sheriff, et. al.* | | |

| Present: The Honorable | Patrick J. Walsh, U.S. Magistrate Judge |
|---|---|

| Isabel Martinez | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Present for Plaintiff: | Attorneys Present for Defendant: |
| N/A | N/A |

**Proceedings:**   Order to Show Cause

      Before the Court is Plaintiff's civil rights complaint alleging that he was reclassified without warning or a hearing and since then has been deprived of his kosher diet, items of worship, communication, and kept in unsanitary conditions.  (Doc. No. 1.)  In response to Plaintiff's complaint, the Court issues this order to show cause.

      Plaintiff states in his complaint that he filed a grievance regarding the alleged civil rights violations on February 4, 2016, but as of the time he filed the complaint, had not received an answer. Inmates are required to exhaust administrative remedies before bringing a civil rights action. 42 U.S.C. § 1997; *Booth v. Churner*, 532 U.S. 731, 741 (2001).  Exhaustion after the suit is filed does not cure that failure. As this case was filed before Plaintiff received an answer regarding his grievance, it appears he did not exhaust his claims before bringing this civil rights action.  The Court orders Plaintiff to show cause no later than April 25, 2016, as to why his suit should not be dismissed. *See Vaden v. Summerhill*, 449 F.3d 1047, 1051 (9th Cir. 2006).  Failure to timely respond could result in dismissal.

cc:

Andrew Kramer
CDRC # 3517099
Men's Central Jail
441 Bauchet Street
Los Angeles, CA 90012

S:\PJW\Cases-Civil Rights\Kramer 16-1752\MO OSC.wpd

|   | : | 00 |
|---|---|---|
|   | Initials of Preparer | im |