UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-1752-R (PJW) | Date | May 23, 2016 |
|---|---|---|---|
| Title | *Andrew Kramer v. Los Angeles County Sheriff, et. al.* | | |

| Present: The Honorable | Patrick J. Walsh, U.S. Magistrate Judge |
|---|---|
| Isabel Martinez | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Present for Plaintiff: | Attorneys Present for Defendant: |
| N/A | N/A |

**Proceedings:** Second Notice Order to Show Cause

On March 14, 2016 Plaintiff filed a civil rights complaint alleging that he was reclassified without warning or a hearing and since then has been deprived of his kosher diet, items of worship, communication, and kept in unsanitary conditions. (Doc. No. 1.) In response to Plaintiff's complaint, the Court issued an order to show cause. (Doc. No. 7.) The Court ordered Plaintiff to show cause no later than April 25, 2016, as to why his suit should not be dismissed and informed him that failure to respond could result in dismissal.

Almost a month after the deadline, Plaintiff has not responded. Therefore, the Court will give Plaintiff a final chance. Plaintiff must show cause no later than Monday, June 6, 2016, as to why his suit should not be dismissed. If Plaintiff does not respond, the Court will dismiss the Complaint.

cc:

Andrew Kramer
CDRC # 3517099
Men's Central Jail
441 Bauchet Street
Los Angeles, CA 90012

S:\PJW\Cases-Civil Rights\Kramer 16-1752\MO Dismissing Case .wpd

|  | : | 00 |
|---|---|---|
| Initials of Preparer | im | |